UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ANGELA G. RICE | ) |
| | ) |
| vs. | ) Case No. 07-3456-CV-S-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security. | ) |
| | ) |

    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

     The Court **AFFIRMS** the decision of the Administrative Law Judge.

     **IT IS SO ORDERED.**

March 31, 2009                      Ann Thompson
Date                                      Clerk of the Court

Entered on: March 31, 2009          s/ Karen Siegert
                                            (By) Deputy Clerk